# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:11-CR-223-ALM-CAN-5 |
| § | |
| CHRISTOPHER WAYNE § | |
| ALDRIDGE § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 28, 2023, the Magistrate Judge entered proposed findings of fact and recommendations that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six months, with twelve months of supervised release to follow, and that Defendant be placed at the Federal Correctional Institute, Seagoville in Seagoville, Texas, if appropriate. *See* Dkt. #863.

Having received the Report of the United States Magistrate Judge (Dkt. #863) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #862), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of six months, with twelve months of supervised release to follow. Defendant shall be placed at Federal Correctional Institute, Seagoville in Seagoville, Texas, if appropriate.

**SIGNED this 2nd day of May, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE